# EXHIBIT 1 -
## Complaint

Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2023.02.26 02:56:41 -05'00'

# United States of America

## United States Patent and Trademark Office

# ANNE STOKES

**Reg. No. 6,999,661**

**Registered Mar. 14, 2023**

**Int. Cl.: 16, 21, 24, 25**

**Trademark**

**Principal Register**

Anne Stokes  (UNITED KINGDOM INDIVIDUAL)
Apperley Bridge
1 Nunwood House, Apperley Lane
Bradford, UNITED KINGDOM BD100PB

CLASS 16: Arts and craft paint kits; Art prints on canvas; Printed fiction books on a variety of topics; Printed greeting cards; Printed tarot cards; Printed wall calendars; Bookmarks; Decorative stickers for cars; Printed coloring books

FIRST USE 00-00-2010; IN COMMERCE 00-00-2010

CLASS 21: Mugs; Travel mugs; Goblets; Pill boxes for personal use

FIRST USE 00-00-2011; IN COMMERCE 00-00-2014

CLASS 24: Bedspreads; Blanket throw; Bed sheets; Quilts; Textile wall hangings, namely, cloth posters

FIRST USE 00-00-2019; IN COMMERCE 00-00-2019

CLASS 25: Clothing, namely, headwear, bandanas, tops as clothing, shirts, jackets, sweatshirts, hoodies, and sweaters; Children's clothing, namely, shirts, pants, and one-piece bodysuits

FIRST USE 7-20-2017; IN COMMERCE 7-20-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name "Anne Stokes" in the mark identifies a living individual whose consent is made of record.

SER. NO. 97-243,157, FILED 01-28-2022





Katherine Kelly Vidal

**Director of the United States Patent and Trademark Office**