# EXHIBIT 2 -
# Complaint

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-064

**Effective Date of Registration:**
May 17, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Angel Rose |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | March 31, 2009 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, BRADFORD, BD10 OPB, UK |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hied |
| **Date:** | May 16, 2019 |

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-067

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Aracnafaria |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | April 30, 2009 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hied |
| **Date:** | May 16, 2019 |

**Correspondence:**     Yes
**Copyright Office notes:**     Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-261-829

**Effective Date of Registration:**
July 13, 2021
**Registration Decision Date:**
August 04, 2021

## Title

**Title of Work:** Awake Your Magic

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 01, 2015
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Certification

**Name:** Paul Scarcia-Scheel
**Date:** July 13, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director



**Registration Number**

**VA 2-152-057**

**Effective Date of Registration:**
May 17, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Blue Moon |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 29, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

Page 1 of 2

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-045

**Effective Date of Registration:**
May 17, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Dark Hearts |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | March 31, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

Page 1 of 2

**Correspondence:**  Yes
**Copyright Office notes:**  Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-058

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Dragonkin |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | November 30, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:**    Yes
**Copyright Office notes:**    Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-068

**Effective Date of Registration:**
May 17, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Enchantment |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | September 30, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tegla*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-055

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Gothic Prayer |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | January 31, 2008 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge,, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:**      Yes
**Copyright Office notes:**    Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-063

**Effective Date of Registration:**
May 17, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Kindred Spirits |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | March 31, 2008 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-048

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Protector |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | November 30, 2013 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2016 |

**Copyright Office notes:**    Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-152-019**

**Effective Date of Registration:**
May 17, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Spell Weaver |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 28, 2018 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:**    Yes
**Copyright Office notes:**    Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-152-061**

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Spirit Guide |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | April 30, 2011 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:**   Yes
**Copyright Office notes:**   Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-065

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Summon the Reaper |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | August 31, 2009 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The application listed the date of publication with month and year only.  Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-348-533**

**Effective Date of Registration:**
May 23, 2023
**Registration Decision Date:**
May 23, 2023

---

## Title

**Title of Work:** Lost Soul

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** July 01, 2005
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** May 23, 2023

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-348-535

**Effective Date of Registration:**
May 23, 2023
**Registration Decision Date:**
May 23, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Immortal Flight |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | November 01, 2009 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes<br>1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | May 23, 2023 |

| | |
|---|---|
| **Correspondence:** | Yes |

**Registration Number**

# VA 2-271-514

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 18, 2021

## Title

**Title of Work:**   Glimpse of a Unicorn

## Completion/Publication

**Year of Completion:**   2010
**Date of 1st Publication:**   March 01, 2010
**Nation of 1st Publication:**   United Kingdom

## Author

- **Author:**   Anne Stokes
**Author Created:**   2-D artwork
**Citizen of:**   United Kingdom

## Copyright Claimant

**Copyright Claimant:**   Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

**Name:**   Anna Katharina Reiter
**Date**:   September 14, 2021

**Registration Number**

# VA 2-271-518

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 18, 2021

## Title

**Title of Work:**    Woodland Guardian

## Completion/Publication

**Year of Completion:**    2008
**Date of 1st Publication:**    March 01, 2008
**Nation of 1st Publication:**    United Kingdom

## Author

- **Author:**    Anne Stokes
**Author Created:**    2-D artwork
**Citizen of:**    United Kingdom

## Copyright Claimant

**Copyright Claimant:**    Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

**Name:**    Anna Katharina Reiter
**Date:**    September 14, 2021

**Registration Number**

# VA 2-271-652

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 18, 2021

## Title

**Title of Work:**    Gothic Guardian

## Completion/Publication

**Year of Completion:**    2010
**Date of 1st Publication:**    March 01, 2010
**Nation of 1st Publication:**    United Kingdom

## Author

- **Author:**    Anne Stokes
**Author Created:**    2-D artwork
**Citizen of:**    United Kingdom

## Copyright Claimant

**Copyright Claimant:**    Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

**Name:**    Anna Katharina Reiter
**Date**:    September 14, 2021

Page 1 of 1

**Registration Number**

# VA 2-272-041

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 19, 2021

## Title

**Title of Work:**  Pirate Skull

## Completion/Publication

**Year of Completion:**  2011
**Date of 1st Publication:**  March 01, 2011
**Nation of 1st Publication:**  United Kingdom

## Author

- **Author:**  Anne Stokes
  **Author Created:**  2-D artwork
  **Citizen of:**  United Kingdom

## Copyright Claimant

**Copyright Claimant:**  Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

**Name:**  Anna Katharina Reiter
**Date**:  September 14, 2021

**Registration Number**

## VA 2-272-043

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 19, 2021

## Title

**Title of Work:**   Unicorn Heart

## Completion/Publication

**Year of Completion:**   2010
**Date of 1st Publication:**   March 01, 2010
**Nation of 1st Publication:**   United Kingdom

## Author

- **Author:**   Anne Stokes
  **Author Created:**   2-D artwork
  **Citizen of:**   United Kingdom

## Copyright Claimant

**Copyright Claimant:**   Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

**Name:**   Anna Katharina Reiter
**Date:**   September 14, 2021

**Registration Number**

# VA 2-272-075

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 19, 2021

## Title

**Title of Work:** Dragons Lair

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** March 01, 2008
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** September 14, 2021

**Registration Number**

# VA 2-272-210

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 20, 2021

## Title

**Title of Work:**    Skull Embrace

## Completion/Publication

**Year of Completion:**    2007
**Date of 1st Publication:**    March 01, 2007
**Nation of 1st Publication:**    United Kingdom

## Author

- **Author:**    Anne Stokes
**Author Created:**    2-D artwork
**Citizen of:**    United Kingdom

## Copyright Claimant

**Copyright Claimant:**    Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

**Name:**    Anna Katharina Reiter
**Date**:    September 14, 2021

**Registration Number**

# VA 2-272-273

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 20, 2021

## Title

**Title of Work:**   Final Verdict

## Completion/Publication

**Year of Completion:**   2007
**Date of 1st Publication:**   March 01, 2007
**Nation of 1st Publication:**   United Kingdom

## Author

- **Author:**   Anne Stokes
  **Author Created:**   2-D artwork
  **Citizen of:**   United Kingdom

## Copyright Claimant

**Copyright Claimant:**   Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:**   Anna Katharina Reiter
**Date**:   September 14, 2021

**Registration Number**

# VA 2-272-364

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 20, 2021

## Title

**Title of Work:**    Rock God

## Completion/Publication

**Year of Completion:**    2008
**Date of 1st Publication:**    March 01, 2008
**Nation of 1st Publication:**    United Kingdom

## Author

- **Author:**    Anne Stokes
  **Author Created:**    2-D artwork
  **Citizen of:**    United Kingdom

## Copyright Claimant

**Copyright Claimant:**    Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

**Name:**    Anna Katharina Reiter
**Date:**    September 14, 2021

**Registration Number**

# VA 2-328-695

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

## Title

    **Title of Work:** Soul Bond

## Completion/Publication

   **Year of Completion:** 2017
  **Date of 1st Publication:** March 01, 2017
 **Nation of 1st Publication:** United Kingdom

## Author

-     **Author:** Anne Stokes
  **Author Created:** 2-D artwork
    **Citizen of:** United Kingdom

## Copyright Claimant

  **Copyright Claimant:** Anne Stokes
       1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

     **Name:** Anna Katharina Reiter
     **Date**: November 23, 2022

    **Correspondence:** Yes

Page 1 of 1

**Registration Number**

# VA 2-328-696

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

## Title

**Title of Work:**    Spellbound

## Completion/Publication

**Year of Completion:**    2009
**Date of 1st Publication:**    March 01, 2009
**Nation of 1st Publication:**    United Kingdom

## Author

- **Author:**    Anne Stokes
  **Author Created:**    2-D artwork
  **Citizen of:**    United Kingdom

## Copyright Claimant

**Copyright Claimant:**    Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:**    Anna Katharina Reiter
**Date:**    November 23, 2022

**Correspondence:**    Yes

Page 1 of 1

**Registration Number**

# VA 2-328-698

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

## Title

**Title of Work:**  Prayer for the Fallen

## Completion/Publication

**Year of Completion:**  2010
**Date of 1st Publication:**  March 01, 2010
**Nation of 1st Publication:**  United Kingdom

## Author

- **Author:**  Anne Stokes
  **Author Created:**  2-D artwork
  **Citizen of:**  United Kingdom

## Copyright Claimant

**Copyright Claimant:**  Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:**  Anna Katharina Reiter
**Date:**  November 23, 2022

**Correspondence:**  Yes

Page 1 of 1

**Registration Number**

# VA 2-328-699

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

## Title

**Title of Work:**    Fire Dragon

## Completion/Publication

**Year of Completion:**    2016
**Date of 1st Publication:**    March 01, 2016
**Nation of 1st Publication:**    United Kingdom

## Author

- **Author:**    Anne Stokes
**Author Created:**    2-D artwork
**Citizen of:**    United Kingdom

## Copyright Claimant

**Copyright Claimant:**    Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:**    Anna Katharina Reiter
**Date**:    November 23, 2022

**Correspondence:**    Yes

Page 1 of 1

**Registration Number**

# VA 2-328-700

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

## Title

**Title of Work:** Realm of Enchantment

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 01, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** November 23, 2022

**Correspondence:** Yes

Page 1 of 1

**Registration Number**

# VA 2-328-701

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

## Title

   **Title of Work:** Forest Walk

## Completion/Publication

    **Year of Completion:** 2009
  **Date of 1st Publication:** March 01, 2009
  **Nation of 1ˢᵗ Publication:** United Kingdom

## Author

   •  **Author:** Anne Stokes
  **Author Created:** 2-D artwork
    **Citizen of:** United Kingdom

## Copyright Claimant

  **Copyright Claimant:** Anne Stokes
        1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
        United Kingdom

## Certification

     **Name:** Anna Katharina Reiter
     **Date**: November 23, 2022

   **Correspondence:** Yes

**Registration Number**

# VA 2-328-702

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

## Title

**Title of Work:**    Copperwing

## Completion/Publication

**Year of Completion:**    2011
**Date of 1st Publication:**    March 01, 2011
**Nation of 1ˢᵗ Publication:**    United Kingdom

## Author

- **Author:**    Anne Stokes
  **Author Created:**    2-D artwork
  **Citizen of:**    United Kingdom

## Copyright Claimant

**Copyright Claimant:**    Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

**Name:**    Anna Katharina Reiter
**Date**:    November 23, 2022

---

**Correspondence:**    Yes

**Registration Number**

**VA 2-328-703**

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

## Title

**Title of Work:**    Midnight Messenger

## Completion/Publication

**Year of Completion:**    2011
**Date of 1st Publication:**    March 01, 2011
**Nation of 1st Publication:**    United Kingdom

## Author

- **Author:**    Anne Stokes
  **Author Created:**    2-D artwork
  **Citizen of:**    United Kingdom

## Copyright Claimant

**Copyright Claimant:**    Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:**    Anna Katharina Reiter
**Date:**    November 23, 2022

**Correspondence:**    Yes

Page 1 of 1

**Registration Number**

# VA 2-328-704

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

## Title

**Title of Work:**    Water Dragon

## Completion/Publication

**Year of Completion:**    2006
**Date of 1st Publication:**    March 01, 2006
**Nation of 1st Publication:**    United Kingdom

## Author

- **Author:**    Anne Stokes
  **Author Created:**    2-D artwork
  **Citizen of:**    United Kingdom

## Copyright Claimant

**Copyright Claimant:**    Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

**Name:**    Anna Katharina Reiter
**Date:**    November 23, 2022

**Registration Number**

**VA 2-328-705**

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

## Title

**Title of Work:** Dragon Beauty

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** March 01, 2011
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** November 23, 2022

**Correspondence:** Yes

**Registration Number**

# VA 2-329-166

**Effective Date of Registration:**
November 30, 2022
**Registration Decision Date:**
November 30, 2022

## Title

**Title of Work:**    Celtic Dragon 2

## Completion/Publication

**Year of Completion:**    2005
**Date of 1st Publication:**    March 01, 2005
**Nation of 1st Publication:**    United Kingdom

## Author

- **Author:**    Anne Stokes
  **Author Created:**    2-D artwork
  **Citizen of:**    United Kingdom

## Copyright Claimant

**Copyright Claimant:**    Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:**    Anna Katharina Reiter
**Date:**    November 30, 2022

Page 1 of 1

**Registration Number**

**VA 2-329-205**

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 30, 2022

## Title

**Title of Work:**    Celtic Dragon 1

## Completion/Publication

**Year of Completion:**    2005
**Date of 1st Publication:**    March 01, 2005
**Nation of 1st Publication:**    United Kingdom

## Author

- **Author:**    Anne Stokes
**Author Created:**    2-D artwork
**Citizen of:**    United Kingdom

## Copyright Claimant

**Copyright Claimant:**    Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:**    Anna Katharina Reiter
**Date:**    November 23, 2022

**Correspondence:**    Yes

Page 1 of 1

# ANNE STOKES COPYRIGHT DESIGNS

| VA 2-152-067 | |
|---|---|
| **VA 2-152-067**<br><br>ARACNAFARIA |  |

**VA 2-152-067**

ARACNAFARIA

**VA 2-152-064**

ANGEL ROSE

**VA 2-152-061**

SPIRIT GUIDE

**VA 2-152-048**

PROTECTOR

**VA 2-152-065**

SUMMON THE REAPER

**VA 2-152-057**

BLUE MOON



| VA 2-152-058 DRAGON KIN |  | VA 2-152-055 GOTHIC PRAYER | |
| VA 2-152-068 ENCHANTMENT | | VA 2-152-045 DARK HEARTS | |
| VA 2 -152-063 KINDRED SPIRITS | | VA 2-152-019 SPELL WEAVER | |



| VA 2-261-829 AWAKE YOUR MAGIC | VA 2-272-075 DRAGONS LAIR |
| VA 2-272-364 ROCK GOD | VA 2-272-041 PIRATE SKULL |
| VA 2-272-273 FINAL VERDICT | VA 2-271-652 GOTHIC GUARDIAN |

**VA 2-272-043**

UNICORN HEART



**VA 2-271-514**

GLIMPSE OF A UNICORN

**VA 2-271-518**

WOODLAND GUARDIAN

**VA 2-272-210**

SKULL EMBRACE



| VA 2-328-704 WATER DRAGON | | VA 2-328-700 REALM OF ENCHANTEMENT | |
| --- | --- | --- | --- |
| VA 2-328-696 SPELLBOUND | | VA 2-328-698 PRAYER FOR THE FALLEN | |
| VA 2-328-695 SOUL BOND | | VA 2-328-703 MIDNIGHT MESSENGER | |

| | |
|---|---|
| **VA 2-328-701**<br><br>FOREST WALK | |
| **VA 2-328-699**<br><br>FIRE DRAGON | |
| **VA 2-328-702**<br><br>COPPERWING | |

| | |
|---|---|
| **VA 2-328-705**<br><br>DRAGON BEAUTY | |
| **VA 2-329-205**<br><br>Celtic Dragon 1 | |
| **VA 2-329-166**<br><br>Celtic Dragon 2 | |



**VA 2-348-535**

Immortal Flight



**VA 2-348-533**

Lost Soul

