

**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

June 19, 2026
Hon. Loretta A. Preska
Courtroom 12A
United States Courthouse
500 Pearl Street
New York, NY 10007

**MOTION TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE**

Re: ART ASK AGENCY v. .............1....................1............, et al. Case No. 1:26-cv-2916

Dear Hon. Judge Preska,

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests that the Court dismiss without prejudice all causes of action in the Complaint against the following Defendant identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|:---:|:---:|
| QLMY clothing | 144 |

A proposed order is submitted herewith.

Dated: June 19, 2026                    Respectfully submitted,

                                        */s/ Shengmao Mu*
                                        Shengmao Mu
                                        NY No. 5707021
                                        **WHITEWOOD LAW PLLC**
                                        57 West 57th Street, 3rd and 4th Floors
                                        New York, NY 10019
                                        Telephone: (917) 858-8018
                                        Email: smu@whitewoodlaw.com

                                        *Counsel for Plaintiff*