**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ART ASK AGENCY,

        Plaintiff,

v.

.............1...................1............, et al.,

        Defendants.

Civil Action No. 26-cv-2916

Hon. Loretta A. Preska

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CERTAIN DEFENDANT WITHOUT PREJUDICE

The Court has considered Plaintiff's Letter Motion to Dismiss Certain Defendants Without Prejudice and finds that voluntary dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the following defendant is dismissed from this case without prejudice, and with each party bearing their own attorney's fees and costs:

| Defendant Seller Name | DOE No. |
|---|---|
| Heasee | 153 |

SO ORDERED this _____ day of _____, 2026.

_____

Hon. Loretta A. Preska
UNITED STATES DISTRICT JUDGE