AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| ART ASK AGENCY, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-2916 |
| .............1....................1............ et al., | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shegmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/2/2026




/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*

# Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | ............1...................1............ | Amazon | ADBR7WN5LBFNF |
| 2 | Changzhishishizhaoshangmaoyouxiangongsi | Amazon | AOL65KEUIF6KD |
| 3 | ETcc | Amazon | AR7OB8VJEP186 |
| 4 | HaErBinJiuDanQiuShgMaoYouXianGongSi | Amazon | A143L7LKEZFYFM |
| 5 | JINNINE-US | Amazon | ABDEYNHHWAGHF |
| 6 | KAIRUISHANGMAO | Amazon | A3V1A8O3YXLR7I |
| 7 | Keto | Amazon | A19XSULBOX6J0Z |
| 8 | ledaolangxinfushidian | Amazon | AG2PNBDRRBW5L |
| 9 | LISHAOCHENCHENLISHAO | Amazon | A3P0OXI82Y1SAF |
| 10 | liuli668 | Amazon | AGN5TTMQBRY3M |
| 11 | maaiping youth | Amazon | A972J5OE2B0CE |
| 12 | Oriental Aesthetic Life Museum | Amazon | A1VQBCL4IYH1VI |
| 13 | pengyoujian | Amazon | A2S3NFZGOZZF6P |
| 14 | Ruoli Business | Amazon | A27KPE6C3POXRD |
| 15 | shenyi888 | Amazon | AO6UB5CRI3AFS |
| 16 | SUN MOON JEWEL | Amazon | A1PA48CM0OSRPM |
| 17 | The main entrance of the hotel is located in the middle of the street. | Amazon | A1PVD259ALGK0C |
| 18 | Xi Juming | Amazon | AJO8MYPORMTW8 |
| 19 | XiangHengMin | Amazon | A2QW3O1B23N9DA |
| 20 | yangliuliuliuliu | Amazon | A1WW8T6JGWIW1J |
| 21 | zhenglinbin | Amazon | A2NW4JWXJN6VVQ |
| 22 | Zhourui shop | Amazon | A3J2IHX6ADZDF9 |
| 23 | amousa | Walmart | 101228971 |
| 24 | aneralied | Walmart | 101682085 |
| 25 | Chihui Pon | Walmart | 102487543 |
| 26 | cxwind | Walmart | 101196995 |
| 27 | dingyaokeji | Walmart | 102538193 |
| 28 | Discount Value | Walmart | 102750092 |
| 29 | DreamSail | Walmart | 102761224 |
| 30 | Guangzhouhongxinjiaju | Walmart | 102613662 |
| 31 | guchengxianquyanshangmaoyouxiangongsi | Walmart | 101644032 |
| 32 | Hekwup | Walmart | 102483855 |
| 33 | Hu rock Toys | Walmart | 102489220 |
| 34 | Jieluotekeji | Walmart | 101681952 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 35 | liweimaoyiyou | Walmart | 102587835 |
| 36 | Mayiahey | Walmart | 102715248 |
| 37 | miaomiaocc | Walmart | 101654756 |
| 38 | mingmingshangmao CO. | Walmart | 102902423 |
| 39 | MINIKOKO | Walmart | 101654792 |
| 40 | Mr Happy Toy Store | Walmart | 102558913 |
| 41 | nice good market | Walmart | 102623992 |
| 42 | Opulent Odyssey | Walmart | 101291761 |
| 43 | qiemansijiaju | Walmart | 102522689 |
| 44 | qinganmeisuliaozhipin | Walmart | 102509286 |
| 45 | SENJIAQ | Walmart | 102484988 |
| 46 | shenzhenshimingchengleikeji | Walmart | 102491041 |
| 47 | standhustle | Walmart | 101623047 |
| 48 | Taichou Land | Walmart | 102506705 |
| 49 | Timeless Textures | Walmart | 101253975 |
| 50 | USEFUL | Walmart | 102496313 |
| 51 | xiangjingstore | Walmart | 102507698 |
| 52 | XiangliuWireless | Walmart | 102479173 |
| 53 | XIXISTARYY | Walmart | 101286417 |
| 54 | YangRui toys store | Walmart | 102506532 |
| 55 | AuroraTees | Temu | 634418219454812 |
| 56 | BAXENDALA | Temu | 634418212994789 |
| 57 | bincools | Temu | 634418220082779 |
| 58 | binfly | Temu | 634418220082517 |
| 59 | Boil the mural for a while | Temu | 634418219616946 |
| 60 | Breathe Tees | Temu | 634418219224530 |
| 61 | Brightlook | Temu | 634418217291002 |
| 62 | Briidkdoo | Temu | 634418222152568 |
| 63 | Bujuanshuan | Temu | 634418221191666 |
| 64 | chenjiiali | Temu | 634418219720216 |
| 65 | chenrourou | Temu | 634418219820457 |
| 66 | chenxuhe | Temu | 634418219891727 |
| 67 | Chic Tides | Temu | 634418219487061 |
| 68 | CKKKSHOP | Temu | 634418219040531 |
| 69 | Classic Patriot | Temu | 634418219372496 |
| 70 | cloth shope | Temu | 634418219994922 |
| 71 | Clothing Shops | Temu | 634418219489238 |
| 72 | CMDDD | Temu | 634418221174717 |
| 73 | COBAR | Temu | 634418220160845 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 74 | COOL BESTBAGS | Temu | 634418218935683 |
| 75 | CooMan | Temu | 634418219864085 |
| 76 | CXTEES | Temu | 634418218618658 |
| 77 | DarkMetal Decor | Temu | 634418221722909 |
| 78 | Davids Selection | Temu | 634418219070568 |
| 79 | DDD Studio B | Temu | 634418221809071 |
| 80 | DDD Trendy Hat Commune | Temu | 634418220571907 |
| 81 | Desu Nine | Temu | 634418219471371 |
| 82 | Dimon spoter | Temu | 634418221316724 |
| 83 | DWAquarius | Temu | 634418220403526 |
| 84 | DWWWSHOP | Temu | 634418219093398 |
| 85 | EHUANGxiaoyu | Temu | 634418224504778 |
| 86 | ELEVENAJ | Temu | 634418215157581 |
| 87 | emoderns | Temu | 634418218946016 |
| 88 | Emporium MD | Temu | 634418220181408 |
| 89 | EPAZQ | Temu | 634418220862026 |
| 90 | Essence Prime Summer | Temu | 634418219288195 |
| 91 | Euphoria Emporio | Temu | 634418220012084 |
| 92 | Everyday Edge | Temu | 634418220294868 |
| 93 | EWWWSHOP | Temu | 634418219093452 |
| 94 | FBEJBOYK | Temu | 634418221804986 |
| 95 | Fengbao US | Temu | 634418219318770 |
| 96 | Ferguson Decoration | Temu | 634418215273495 |
| 97 | Fly Artistic | Temu | 634418223247054 |
| 98 | Frame Design JIE | Temu | 634418219790327 |
| 99 | DISMISSED | DISMISSED | DISMISSED |
| 100 | GGYDIY | Temu | 634418221950624 |
| 101 | Goya Mood | Temu | 634418219578275 |
| 102 | Hanging S | Temu | 634418223246742 |
| 103 | HGVZQK | Temu | 634418222729718 |
| 104 | HLKFWC | Temu | 634418222039610 |
| 105 | Iron Sheets | Temu | 634418223246046 |
| 106 | JINXUNBAIHUO | Temu | 634418222571828 |
| 107 | JLHBD | Temu | 634418221115228 |
| 108 | JLHKD | Temu | 634418221153651 |
| 109 | JUNLILING | Temu | 634418220908949 |
| 110 | KAIXINZHIM | Temu | 634418220077267 |
| 111 | Kiature GO | Temu | 634418216741511 |
| 112 | KKCJFTM | Temu | 634418223720138 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 113 | L U C K | Temu | 634418218887554 |
| 114 | Love at sunset | Temu | 634418219655534 |
| 115 | Love Shopp | Temu | 634418219736955 |
| 116 | LSDFSSSDFII | Temu | 634418220195300 |
| 117 | Lumeva Clyric | Temu | 634418220018737 |
| 118 | Lumina Saror | Temu | 634418220194502 |
| 119 | Luxe Loom | Temu | 634418219487874 |
| 120 | LYTHXA | Temu | 634418219369588 |
| 121 | maizisihao | Temu | 634418218819680 |
| 122 | maiziwuhao | Temu | 634418218819746 |
| 123 | Marco GE SHOP | Temu | 634418219818138 |
| 124 | Marco Min Shop | Temu | 634418219809341 |
| 125 | Mark LLC | Temu | 634418219762858 |
| 126 | Metal Decoration Design | Temu | 634418221391280 |
| 127 | MetalCrafters | Temu | 634418221638237 |
| 128 | MiNaNoNa Shop local | Temu | 634418215291263 |
| 129 | MOIled | Temu | 634418219574746 |
| 130 | Monopoly Cup | Temu | 634418219994294 |
| 131 | MOOUKWXH | Temu | 634418219415189 |
| 132 | motorcycle TEE | Temu | 634418220070234 |
| 133 | MUGSSS | Temu | 634418218915582 |
| 134 | MUrsmart | Temu | 634418216317673 |
| 135 | Nebula Puppy | Temu | 634418222378706 |
| 136 | Noan an | Temu | 634418221664010 |
| 137 | NOLOAH | Temu | 634418219665891 |
| 138 | OLDXIANGLAO | Temu | 634418220484339 |
| 139 | PiFly Shop | Temu | 634418223321700 |
| 140 | PinnacleShirts | Temu | 634418219426615 |
| 141 | Planetary Duck | Temu | 634418222379115 |
| 142 | Purely Comforts | Temu | 634418219417513 |
| 143 | QINGSHUIBL | Temu | 634418220544602 |
| 144 | DISMISSED | DISMISSED | DISMISSED |
| 145 | QLMYTXU | Temu | 634418218594534 |
| 146 | Racer Two | Temu | 634418220008793 |
| 147 | ROEXXWXH | Temu | 634418219417204 |
| 148 | SAKKATEES | Temu | 634418220203053 |
| 149 | SHARPUP | Temu | 634418217884409 |
| 150 | Style Nest Clothing nine | Temu | 634418220153607 |
| 151 | CloudVentureTrade | Amazon | A22CEEVOTMX01D |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 152 | GnG International | Amazon | A1QYUTLCIMRB2K |
| 153 | DISMISSED | DISMISSED | DISMISSED |
| 154 | HFX-AMZ | Amazon | ABHE6MSU1TLSV |
| 155 | HmongCo | Amazon | A2RDUL479J97C6 |
| 156 | HUU VIET SHOP | Amazon | A31NIKMMKQUMAB |
| 157 | Huyhoanghaihayaabb | Amazon | A20S1IL94MKU8A |
| 158 | peixionglixi | Amazon | A217SNHMB49HNB |
| 159 | ShengHongWangLuo | Amazon | A2PYA7FFFISTFU |
| 160 | T&T POD Shop | Amazon | A394LA1I0ZBWK1 |
| 161 | THAO1102 | Amazon | A3QKWRFXHFPDYO |
| 162 | THE FLISHG | Amazon | AXROY680K8HP9 |
| 163 | VANBAO SHOP | Amazon | A3MIO8ZZ43FWE0 |
| 164 | Xingdasheng | Amazon | A227W0J7WZD638 |
| 165 | YAMY | Amazon | AKT4BMJXFRVFC |
| 166 | DISMISSED | DISMISSED | DISMISSED |
| 167 | DISMISSED | DISMISSED | DISMISSED |
| 168 | shiping led | Temu | 634418219576879 |
| 169 | Standout Tshirts | Temu | 634418220008717 |
| 170 | Star Wall Art | Temu | 634418215976498 |
| 171 | Stitch Society | Temu | 634418219488703 |
| 172 | Stitch Styles | Temu | 634418219488611 |
| 173 | Super Yooo | Temu | 634418219860241 |
| 174 | SYS Art Posters | Temu | 634418220207704 |
| 175 | Tee Pack Shop | Temu | 634418218305574 |
| 176 | TESTMM | Temu | 634418219612774 |
| 177 | The biggg Cup | Temu | 634418222716207 |
| 178 | The Ideal Cup | Temu | 634418219994132 |
| 179 | TinkLike poster | Temu | 634418216267528 |
| 180 | Tins shop | Temu | 634418223246408 |
| 181 | Top Zero | Temu | 634418214231744 |
| 182 | UniqueTee Designs | Temu | 634418218521970 |
| 183 | Urban mantle | Temu | 634418220200670 |
| 184 | water lily | Temu | 634418219979765 |
| 185 | WONDERGIFTCX | Temu | 634418217477967 |
| 186 | WTY TOP ONE | Temu | 634418214313374 |
| 187 | wuzhognxine | Temu | 634418220146030 |
| 188 | WWTHC | Temu | 634418223556123 |
| 189 | Xiioy | Temu | 634418223322883 |
| 190 | Xingkangsa | Temu | 634418221368514 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 191 | xxxart PrintsCC | Temu | 634418222608759 |
| 192 | xxxxxue | Temu | 634418221057097 |
| 193 | Years Tshirt | Temu | 634418220008805 |
| 194 | YHYO | Temu | 634418218957232 |
| 195 | YIBINGZHUO | Temu | 634418222950721 |
| 196 | YSmangshizhi | Temu | 634418223791577 |
| 197 | yuhangchen | Temu | 634418216147045 |
| 198 | yunyunposter | Temu | 634418220144178 |
| 199 | Z Fashion Clothing | Temu | 634418220230496 |
| 200 | ZHIHERHAO | Temu | 634418220077222 |
| 201 | ZIFAN ART local | Temu | 634418220354422 |
| 202 | ZQL ART | Temu | 634418220706660 |
| 203 | ZWGOO | Temu | 634418212835284 |

Civil Action No. 26-cv-2916

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached

was received by me on *(date)* 09/02/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* __________

______________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

✔ Other *(specify)*: On April 28, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On September 2, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/30/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu, Attorney
*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: